# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13757-MDC

CHARLES BURROUGHS, III

2709 E. COUNTRY CLUB ROAD

PHILADELPHIA, PA 19131-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CHARLES BURROUGHS, III

2709 E. COUNTRY CLUB ROAD

PHILADELPHIA, PA 19131-

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ William C. Miller

Date: 9/10/2019

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee