United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13757-mdc
Charles Burroughs, III                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
```
db         +Charles Burroughs, III,    2709 E. Country Club Road,    Philadelphia, PA 19131-2831
cr         +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
14349416   +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14351269   +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14340383   +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
             Philadelphia, PA 19122-2806
14340384   +USAA Casualty Company,    9800 Fredericksburg Road,    San Antonio, TX 78288-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:51     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:23
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:39     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14360924        E-mail/Text: membersolutions@ardentcu.org Dec 14 2019 02:55:46     Ardent Credit Union,
             1500 Spring Garden Street, Suite 500,    Philadelphia, PA  19130
14340376        E-mail/Text: membersolutions@ardentcu.org Dec 14 2019 02:55:46     Ardent Federal Credit,
             200 N 16th St,    Philadelphia, PA 19102
14340378       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:44      Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14346283       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2019 03:00:12
             Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14340379       +E-mail/Text: electronicbkydocs@nelnet.net Dec 14 2019 02:56:28
             Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
14340382        E-mail/Text: blegal@phfa.org Dec 14 2019 02:56:28     Pennsylvania Housing Finance Agency,
             Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14340381       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 14 2019 02:55:56     Peco Energy,
             2301 Market Street,    Philadelphia, PA 19103-1380
14353057       +E-mail/Text: blegal@phfa.org Dec 14 2019 02:56:28     Pennsylvania Housing Finance Agency,
             211 North Front Street,    Harrisburg, PA 17101-1406
14345161       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2019 03:00:12     T Mobile/T-Mobile USA Inc,
             by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14346148       +E-mail/Text: electronicbkydocs@nelnet.net Dec 14 2019 02:56:28
             U.S. Department of Education C/O Nelnet,    121 South 13th Steet, Suite 201,
             Lincoln, NE 68508-1911
14340385        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2019 02:55:46
             Verizon,    PO Box 15124,    Albany, NY 12212-5124
14340386        E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:51     Water Revenue Bureau,
             1401 JFK Blvd.,    Philadelphia, PA 19102-1663
14390806       +E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:51     Water Revenue Bureau,
             c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14340387       +E-mail/Text: documentfiling@lciinc.com Dec 14 2019 02:55:47     Xfinity,    PO Box 3001,
             Southeastern, PA 19398-3001
                                                                                               TOTAL: 17
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14340377*     ++ARDENT CREDIT UNION,    1500 SPRING GARDEN STREET,    STE 500,    PHILADELPHIA PA 19130-4070
               (address filed with court: Ardent Federal Credit,    200 N 16th St,    Philadelphia, PA 19102)
14340380*      +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: John                Page 2 of 2               Date Rcvd: Dec 13, 2019
                              Form ID: pdf900           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Charles  Burroughs, III dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    Charles Burroughs, III            :        Chapter 13

          Debtor(s)                    :        Bankruptcy No. 19-13757-MDC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 12/12/19

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE