UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

January 9, 2020

To: **David M. Offen, Esq.**

                    In re:       **Charles Burroughs, III**
                    Bankruptcy no. **19-13757-mdc**
                    Adversary no.  **n/a**
                    Chapter      **13**

Re: **Application for Compensation   filed by DAVID M. OFFEN**

The above pleading was filed with this office on **December 18, 2019.** Please be advised that the following has not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this Court:

( ) Affidavit
( ) Certificate of Service
(**X**) **Certification of No Response**
( ) Notice pursuant to Rule 9019
( ) Notice pursuant to Rule 2002
( ) Notice pursuant to Rule 3007.1
( ) Proof of Claim number not noted on objection
                             pursuant to Rule 3007.1(a)
( ) Proposed Order
( ) Stipulation
( ) Certification of Default
( ) *Other:*

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                          Timothy B. McGrath
                          Clerk


                        By: _____John B._____
                              Deputy Clerk

status.frm
(rev. 11/26/2018)